UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                 - v -

MIGUEL MARTINEZ,

                         Defendant.
-------------------------------------------------------------------x

**ORDER**

CR-04-514 (NG)(VVP)

       The defendant Miguel Martinez, by counsel, has requested that the court release two Deeds of Trust concerning property posted as collateral for the bond executed as one of the conditions of release which constitute the defendant's bail. The application rests on the assertion that the terms of the bond have now been satisfied. A review of the docket, however, discloses that the defendant has yet to be sentenced. Since the order setting conditions of release contemplates that the various conditions, including the bond, are to remain in place at least until the defendant has been sentenced and begins the service of any term of incarceration, it appears that the application is premature and it is accordingly DENIED. See Order Setting Conditions of Release as to Miguel Martinez, entered May 26, 2004, Standard Conditions of Release ("The conditions of this bond are that the defendant . . . is to appear before the Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case . . .. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.)

                                                         **SO ORDERED:**

                                                       *Viktor V. Pohorelsky*
                                                       VIKTOR V. POHORELSKY
                                                       United States Magistrate Judge

Dated:      Brooklyn, New York
              June 30, 2005